JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KASTIN DeCOMBRE,                    )   No. CV 13-09471-ODW (VBK)
                                    )
              Petitioner,           )   JUDGMENT
                                    )
       v.                           )
                                    )
STU SHERMAN,                        )
                                    )
              Respondent.           )
                                    )
_____)

       Pursuant to the Order Accepting the Findings and Recommendations
of the United States Magistrate Judge,

       **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is
dismissed with prejudice.

                 August 4, 2014
DATED:_____         _____
                                      OTIS D. WRIGHT II
                                      UNITED STATES DISTRICT JUDGE